IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV388

| | |
|---|---|
| LENDINGTREE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> CYBER FINANCIAL NETWORK, INC., <br><br> Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant to allow Steven R. Schlesinger, Scott B. Fisher, and Lee Grosskreuz Hechtel to appear *Pro Hac Vice*, filed November 10, 2005.

Upon careful review and consideration, this Court will grant the Defendant's Application.

In accordance with Local Rule 83.1 (B), of this Court's Local Rules of Civil Procedure, Messrs. Schlesinger, Fisher, and Hechtel are ordered to pay the admission fee of One Hundred ($100.00) Dollars each to the Clerk of Court within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

**Signed: November 14, 2005**

Graham C. Mullen
Chief United States District Judge